IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARRON SCHULTZ,

    Plaintiff,

v.

                                      Case No.  17-cv-908-wmc

RON KRAMER, SHERIFF,
C.O. BARNET, C.O. JANE TURNER,
C.O. HIGLEY, C.O. TODD JOHNSON,
C.O. OATES, C.O. ZWIEFELHOFER,
C.O. JOHN DOE, C.O. ALTMAN, and
C.O. PETERSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 4/15/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |